UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Criminal Action No. 97-50021
    HON. BERNARD A. FRIEDMAN

JEWELL LAMONT ALLEN,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTIONS FOR SENTENCE REDUCTION

Before the Court are defendant's motions for a retroactive sentence reduction under the Fair Sentencing Act of 2010 (the "FSA") [docket entries 521 and 522]. Also before the Court is defendant's motion for leave to supplement the foregoing motions [docket entry 523]. Pursuant to the Sixth Circuit Court of Appeals' decision in United States v. Blewett, 2013 U.S. App. LEXIS 24018 (6th Cir. Dec. 3, 2013), defendant is ineligible for a sentence reduction because the FSA cannot be applied retroactively.

Accordingly,

IT IS ORDERED that defendant's motions for a retroactive sentence reduction are denied.

    S/ Bernard A. Friedman_____
    BERNARD A. FRIEDMAN
    SENIOR UNITED STATES DISTRICT JUDGE

Dated:  January 22, 2014
       Detroit, Michigan